Jules Francois Parisien, M.D., as Assignee of Joseph, Algernon, Appellant,
against
Allstate Insurance Company, Respondent.




The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Abrams, Cohen & Associates, P.C. (Frank Piccininni of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Richard J. Montelione, J.), entered October 25, 2016. The order, insofar as appealed from, denied the branches of plaintiff's motion seeking summary judgment on the first, second, fourth, and fifth causes of action, and granted the branches of defendant's cross motion seeking summary judgment dismissing those causes of action.




ORDERED that the order, insofar as appealed from, is modified by providing that the branches of defendant's cross motion seeking summary judgment dismissing the first, second, fourth, and fifth causes of action are denied; as so modified, the order, insofar as appealed from, is affirmed, without costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from so much of an order of the Civil Court as denied the branches of plaintiff's motion seeking summary judgment on the first, second, fourth, and fifth causes of action, and granted the branches of defendant's cross motion seeking summary judgment dismissing those causes of action.
For the reasons stated in Metro Psychological Servs., P.C., as Assignee of Adams Kenneth v Allstate Ins. Co. (___ Misc 3d ___, 2019 NY Slip Op _____ [appeal No. 2016-2907 K C], decided herewith), the order, insofar as appealed from, is modified by providing that the branches of defendant's cross motion seeking summary judgment dismissing the first, second, fourth, and fifth causes of action are denied.
PESCE, P.J., ALIOTTA and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: May 10, 2019